## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **BARRY ZLOTOGURA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 12-cv-516-M** |
| | ) | |
| **PROGRESSIVE DIRECT INSURANCE** | ) | |
| **COMPANY, a foreign insurance corporation,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **AMERICAN NATIONAL PROPERTY** | ) | |
| **AND CASUALTY COMPANY,** | ) | |
| a foreign corporation, | ) | |
| | ) | |
| **Defendants.** | ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, Barry Zlotogura, and Defendant, American National Property and Casualty Company (hereinafter collectively "the Parties"), by and through their counsel of record, and hereby stipulate and agree that the above-styled cause of action against Defendant, American National Property and Casualty Company should be dismissed with prejudice as to all matters pending between Plaintiff and Defendant American National Property and Casualty Company.  The Parties have made a compromised settlement covering their pending claims in the above-captioned cause, and said Parties hereby request that the Court dismiss with prejudice all claims between these Parties, including the counterclaim of American National Property and Casualty Company for declaratory relief against Plaintiff, pursuant to this stipulation.  Plaintiff expressly reserves all rights it may have as to

Defendant, Progressive Direct Insurance Company, a foreign corporation.


**APPROVED BY:**


  /s/ David H. Cole
David H. Cole, OBA #01776
7 S. Mickey Mantle Dr., 2nd Floor
Oklahoma City, OK 73104-2458
Telephone: 405-272-0322
ATTORNEY FOR DEFENDANT
AMERICAN NATIONAL PROPERTY
AND CASUALTY COMPANY


  /s/ Thomas J. Steece
(Signed by filing attorney with
permission of Thomas Steece)
Thomas J. Steece, OBA #11531
12313 Hidden Forest Blvd.
Oklahoma City, OK 73142
Telephone: 405-943-8300


  /s/ Michael L. Bardrick
(Signed by filing attorney with
permission of Michael Bardrick)
Michael L. Bardrick, OBA #507
2548 NW Expressway, Suite 102
Oklahoma City, OK 73112
Telephone: 405-604-6841

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February, 2013, I electronically transmitted the attached document to the Court Clerk using the ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a notice of Electronic Filing to the following ECF registrants: Thomas J. Steece, Michael L. Bardrick, Brad L. Roberson, Dearra R. Rodinez.

/s/ David H. Cole