UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BARRY ZLOTOGURA,           ) | |
|                            ) | |
|     Plaintiff,   ) | |
|                            ) | |
| v.                         ) | Case No.: 12-cv-516-M |
|                            ) | |
| PROGRESSIVE DIRECT INSURANCE ) | |
| COMPANY, a Foreign Corporation, ) | |
|                            ) | |
|     Defendant.  ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The following parties to this lawsuit, Plaintiff, Barry Zlotogura, and Defendant, Progressive Direct Insurance Company, pursuant to Fed. R. Civ. P. 41, stipulate this case should be dismissed with prejudice. All respective parties to bear their respective attorney fees and costs.

Dated this 22nd day of October 2013.

s/ Thomas J. Steece
*(Signed by Filing Attorney With Permission of Attorney)*
Thomas J. Steece, OBA No. 11531
Oklahoma Legal Services, P.L.L.C.
12313 Hidden Forest Boulevard
Oklahoma City, Oklahoma 73142
Telephone:     405-943-8300
Facsimile:     405-942-2661
**ATTORNEYS FOR PLAINTIFF**

/s Brad L. Roberson
Brad L. Roberson, OBA No. 18819
PIGNATO, COOPER, KOLKER & ROBERSON, P.C.
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102
Telephone:     405-606-3333
Facsimile:     405-606-3334
**ATTORNEYS FOR DEFENDANT**

s/ Michael L. Bardrick
*(Signed by Filing Attorney With Permission of Attorney)*
Michael L. Bardrick, OBA No. 507
Law Offices of Michael L. Bardrick
2548 Northwest Expressway, Suite 102
Oklahoma City, Oklahoma 73112
Telephone:     405-604-6841
Facsimile:     405-212-5084
**ATTORNEYS FOR PLAINTIFF**